ALESA SCHACHTER (SBN 102542)
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
California Plaza
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for Defendant, LE-JO, INC.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff<br><br>v.<br><br>LE-JO, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:05-CV-00533-FCD-DAD<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br>**[FRCP 41(a)(1)]** |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated attorneys of record that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41(a)(1).


   SO STIPULATED.

Date:   June 4, 2005          LAW OFFICE OF SCOTT N. JOHNSON


                              /s/Scott N. Johnson
                              SCOTT N. JOHNSON

---

**1**
**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**
**[FRCP 41(a)(1)]**

| | |
|---|---|
| Date:   June 6, 2005, 2005 | JOHNSON SCHACHTER & LEWIS<br>A Professional Law Corporation |
| | |
| | _____/s/ Alesa Schachter_____<br>ALESA SCHACHTER, Attorneys for<br>Defendant, LE-JO, INC. |

SO ORDERED.

| | |
|---|---|
| Date: June 7, 2005 | /s/ Frank C. Damrell Jr.<br>Judge, U.S. District Court |

# PROOF OF SERVICE

**CASE NAME:** Johnson v. Le-Jo, Inc.
**CASE NO.:** 2:05-CV-00533-FCD-DAD

I am employed in the County of Sacramento. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 2180 Harvard Street, Suite 560, Sacramento, CA 95815.

I am familiar with this office's practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a United States mailbox after the close of each day's business.

On the date listed below, I served the following: **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER [FRCP 41(a)(1)]**

__X__  United States Mail - on all parties in said action by placing a true copy of the above-described document(s) enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below.

____  By FACSIMILE (telecopier) - by personally sending to the addressee's facsimile number a true copy of the above-described document(s).

____  Federal Express - on all parties in said action by placing a true copy of the above-described document(s) in an authorized area for pick-up by an authorized express service courier the same day it is collected and processed in the ordinary course of business as set forth below.

____  Personal Service - By personally delivering or causing to be delivered a true copy of the above-described document to the person(s) and at the address(es) set forth as shown below.

Scott N. Johnson
Law Office of Scott N. Johnson
P.O. Box 2537
Carmichael, CA 95608-5758

__X__  FEDERAL: I declare that I am employed in the office of a member of the bar of this Court at whose direction service was made.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 6, 2005, at Sacramento, California.

/s/ Robin Horne
Robin Horne